IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-02870-PAB-KLM

BRUCE FALLHOWE, and
RENEE FALLHOWE,

    Plaintiffs,

v.

HILTON WORLDWIDE, INC., and
TERMINIX INTERNATIONAL COMPANY,

    Defendants.

_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Defendant Hilton Worldwide, Inc.'s **Unopposed Motion for a Stay of Expert Disclosure Deadlines** [#37] (the "Motion").

    IT IS HEREBY **ORDERED** that the Motion [#37] is **DENIED as moot**. On May 22, 2015, the Court entered an Order [#35] staying discovery deadlines. Defendant Hilton Worldwide, Inc. states that "[t]he Court's May 22, 2015 stay order addressed current discovery deadlines; however, it did not specifically address expert witness disclosure deadlines." Thus, Defendant Hilton Worldwide, Inc. here seeks "a stay of all affirmative and rebuttal expert disclosure designations" pending a ruling on the Motion to Dismiss [#14]. However, expert disclosure designation deadlines are discovery-related deadlines, and thus the stay imposed on May 22, 2015 already includes expert disclosure designations. Imposition of an additional stay is unnecessary.

    Dated:  June 16, 2015