IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-02870-PAB-KLM

BRUCE FALLHOWE, and
RENEE FALLHOWE,

    Plaintiffs,

v.

HILTON WORLDWIDE, INC., and
TERMINIX INTERNATIONAL COMPANY,

    Defendants.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Defendant Hilton Worldwide, Inc.'s **Unopposed Motion to Modify Schedule Set Forth in the Court's Civil Scheduling Order** [#41] (the "Motion"). On May 22, 2015, the Court entered an Order [#35] staying discovery deadlines until a ruling issues on the pending Motion to Dismiss. Although discovery in this matter remains stayed, Defendant Hilton Worldwide, Inc. seeks an order extending the April 9, 2015 deadline for amendment of pleadings "to a date after (at least 28 days) the Court issues a ruling on the Motion to Dismiss." *Motion* [#41] at 2.

    IT IS HEREBY **ORDERED** that the Motion [#41] is **DENIED without prejudice**. The Court is not inclined to enter "soft" deadlines that are contingent on unknown dates in the future. Once the stay is lifted, Defendant Hilton Worldwide, Inc., or any other party, may file a motion seeking to amend the deadline for amendment of pleadings and any other deadline set in the Scheduling Order.

    Dated:  July 20, 2015